Argued and submitted December 9, reversed and remanded December 28, 1994

In the Matter of Charlene Tardanico,
Alleged to be a Mentally Ill Person.

## STATE OF OREGON,
*Respondent,*

*v.*

## CHARLENE TARDANICO,
*Appellant.*

(9402-95325; CA A83206)

888 P2d 15

Paul L. Breed argued the cause and filed the brief for appellant.

Stephen L. Madkour, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

## PER CURIAM

■    In this mental commitment case, the trial court failed to advise appellant of her rights under ORS 426.100. As we held in *State v. May*, 131 Or App 570, 888 P2d 14 (1994), advisement of those rights is mandatory, and a failure to advise or to determine that there has been a knowing and voluntary waiver of the right to be advised requires reversal.

■    The state contends that the error was not preserved in the trial court. We conclude that the error is apparent on the face of the record, ORAP 5.45(2), and that it is an egregious one. We exercise our discretion to review the error. *Ailes v. Portland Meadows, Inc.*, 312 Or 376, 381, 823 P2d 956 (1991).

Reversed and remanded.